### D. L. BURCHAM v. HENRY WOLFE.

(Filed 17 November, 1920.)

**Appeal and Error—Objections and Exceptions—Evidence—Motions—Non-suit—Instructions.**

The question of the sufficiency of the evidence to sustain a verdict against the defendant in an action against a register of deeds for wrongfully issuing a marriage license, should be raised by a motion to nonsuit or a proper prayer for instruction, for it to be considered on appeal.

APPEAL from *Ray, J.*, at April Term, 1920, of SURRY, to recover the penalty against a register of deeds for wrongfully issuing a marriage license. From the judgment rendered the defendant appealed.

*T. W. Kallam for plaintiff.*
*W. L. Reece and Carter & Carter for defendant.*

PER CURIAM. Upon examination of the record we find that there was no motion to nonsuit, and no prayer for instruction which raises the question of the sufficiency of the evidence to be submitted to the jury. Therefore the judgment is.
Affirmed.